UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-880 JVS (Ex) | Date | May 28, 2010 |
|---|---|---|---|

| Title | Ramon Pineda, et al. v. Richard Howard, et al. |
|---|---|

| Present: The Honorable | James V. Selna |
|---|---|

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) Order to Show Cause to Plaintiff

        Plaintiffs Ramon Pineda and Parmanand Kumar and their counsel are directed to show cause in writing within ten days why the complaint should not be dismissed and/or sanctions imposed for failure to prosecute, including failure to make timely service on Richard Parkhurst, file an amended complaint of behalf of Kumar stating a claim against James R. Graham, and participate in a settlement conference within the deadline established by the Court's Scheduling Order.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |