THOMAS E. ELENBAAS, Bar No. 76319
LAW OFFICES OF THOMAS E. ELENBAAS, INC.
211 E. Imperial Hwy., Suite 100
Fullerton, California 92835

Telephone (714) 871-7100
Facsimile (714) 871-7142
tee@ElenbaasLaw.com

Attorneys for James R. Graham and Schroeder Management Co.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PINEDA; PARMANAND KUMAR<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD HOWARD, WILLIAM RING who does business as HARBOR REALTY, JAMES R. GRAHAM Trustee of the James R. Graham Living Trust, SCHROEDER MANAGEMENT COMPANY, JIM PARKER, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of METRO PACIFIC BANK, RICHARD DORSEY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. SA CV 09-880 JVS (Ex)<br><br>Judge: James F. Selna<br><br>JUDGMENT ON MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS OF PARMANAND KUMAR<br><br>Date:      August 23, 2010<br>Time:      1:30 p.m.<br>Courtroom: 10C |

The motion of defendants James R. Graham and Schroeder Management Company, Inc., for summary judgment came on for regularly scheduled hearing on August 23, 2010. After hearing the argument of counsel the Court took the matter under submission and on August 26, 2010, entered its order granting the motion in its

entirety with respect to all of the claims of Parmanand Kumar against defendants James R. Graham and Schroeder Management Company, Inc.  By reason thereof,

IT IS ORDERED AND ADJUDGED that plaintiff Parmanand Kumar take nothing from defendants James R. Graham and Schroeder Management Company, Inc., or either of them; that the action be dismissed on the merits with respect to the claims of Parmanand Kumar against James R. Graham and Schroeder Management Company, Inc.; and that defendants James R. Graham and Schroeder Management Company, Inc., recover their costs from plaintiff Parmanand Kumar.

Dated: October 07, 2010

_____
JAMES V. SELNA
United States District Judge

Submitted by

_____
THOMAS E. ELENBAAS
Attorney for James R. Graham and
Schroeder Management Company

Approved as to form by:

*/s/ John G. Burgee*
_____
JOHN G. BURGEE
Burgee & Abramoff, PC
Attorney for Parmanand Kumar